IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALEJANDRO RODRIGUEZ D/B/A DOLPHIN MOTEL & RV PARK, Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION NO. 7:17-CV-00205 |
| COLONY INSURANCE COMPANY, Defendant. | § § § | |

**RULE 41(a)(1) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE RICARDO HINOJOSA:

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff Alejandro Rodriguez d/b/a Dolphin Motel & RV Park, and Defendant Colony Insurance Company, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. That said, parties pray that this Court dismiss this cause with prejudice, and that each party is to bear its own costs and expenses.

AGREED AND APPROVED

**The Voss Law Firm, P.C**

/s/  Scott G. Hunziker
Scott G. Hunziker
Texas Bar No. 24032446
Federal Bar No. 38752
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
scott@vosslawfirm.com
**ATTORNEY FOR PLAINTIFF**

/s/ David D. Disiere (signed with permission)
David D. Disiere
State Bar No. 00785356
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1776
Facsimile: (713) 222-0101
ddisiere@mdjwlaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

David D. Disiere
State Bar No. 00785356
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
disiere@mdjwlaw.com

/s/ Scott G. Hunziker
Scott G. Hunziker